UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Hutar,

      Plaintiff,

v.

Capital One Financial Corporation, d/b/a,
Capital One; Fifth Third Bank, Wells Fargo
Bank, N.A., Inc., d/b/a Wells Fargo Dealer
Services; JP Morgan Chase Bank; Regional
Acceptance Corporation; City & County Credit
Union; Exeter Finance Corp.; and Wilcox
Automotive, LLC;

      Defendants.

Civil No. 15-2100 (MJD/JJK)

ORDER

Thomas J. Lyons, Jr., Esq., Consumer Justice Center, counsel for Plaintiff.

Shawn M. Raiter, Esq., Larson King, LLP, counsel for Defendants Fifth Third Bank, City & County Credit Union, Exeter Finance Corp., and Regional Acceptance Corporation; Jessica A. Savran, Esq., Faegre Baker Daniels LLP, counsel for Defendant Wells Fargo Bank N.A.; Matthew O. Stromquist, Esq., Pilgrim Christakis LLP, counsel for Capital One Finance Corp.; Uzodima F. Aba-Onu, Esq., Bassford Remele, counsel for JPMorgan Chase Bank; and Gregory J. Johnson, Esq., G Johnson Law, PLLP, counsel for Wilcox Automotive.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 27, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

1. The motions to dismiss the Complaint against the moving defendants Wells Fargo, Fifth Third Bank, JPMorgan Chase Bank, City & County Credit Union, and Capital One (Doc. Nos. 33, 40) are **GRANTED**; and

2. The plaintiff's motion to amend (Doc. No. 57) is **DENIED**.

Date: 8-12-15

MICHAEL J. DAVIS
United States District Court Judge