# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Judy Hutar,

        Plaintiff,

  v.

Capital One Financial Corporation, d/b/a Capital One, Fifth Third Bank, Wells Fargo Bank N.A., Inc., d/b/a Wells Fargo Dealer Services, JPMorgan Chase Bank, Regional Acceptance Corporation, City & County Credit Union, Exeter Finance Corporation, and Wilcox Automotive, LLC,

        Defendants.

Court File No. 15-cv-02100 (MJD/BRT)

**ORDER ON EXETER FINANCE CORP.'S MOTION TO AMEND JUDGMENT TO ADD PREJUDGMENT INTEREST**

Exeter Finance Corp.,

        Cross-Claimant,

  v.

Wilcox Automotive, LLC,

        Cross-Defendant.

Steven R. Kluz, Esq., and Todd M. Winter, Esq., Stoel Rives LLP, counsel for Cross-Claimant Exeter Finance Corp.

Gregory J. Johnson, Esq., G Johnson Law PLLC, counsel for Cross-Defendant Wilcox Automotive, LLC.

The above-entitled matter came before the Court upon Cross-Claimant Exeter Finance Corp.'s ("Exeter") Motion to Amend Judgment to Add Prejudgment Interest.

On May 16, 2016, this Court entered judgment in favor of Exeter and against Wilcox in the amount of $7,145.50.  Exeter now seeks an order granting prejudgment interest on that amount pursuant to Minn. Stat. §549.09, subdiv. 1. This statute limits prejudgment interest to judgments in excess of the amount specified in Minn. Stat. §491A.01, which is $15,000.  Minn. Stat. § 540.09, subdiv. 1(b)(4).  Accordingly, Exeter's motion for prejudgment interest is denied.  <u>Garlyn, Inc. v. Auto-Owners Ins. Co.</u>, 814 N.W.2d 709, 715 (Minn. Ct. App. 2012).

**IT IS HEREBY ORDERED** that Exeter's Motion to Amend Judgment to Add Prejudgment Interest [Doc. No. 121] is **DENIED.**

Dated:  October 13, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court
